**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

BRANCH BANKING AND TRUST COMPANY,  )    3:12-cv-00644-HDM-VPC
                                   )
              Plaintiff,           )
                                   )    ORDER
vs.                                )
                                   )
THOMAS M. BROWN, KATHLEEN R.       )
BROWN, et al,                      )
                                   )
              Defendants.          )
_____)

The defendants' "motion for summary judgment concerning NRS 40.495(4)" (#41), filed on November 12, 2013, was filed well outside the September 1, 2013 dispositive motions deadline as laid out in the proposed discovery plan (#22) and adopted by the court (#23). The court recognizes that the issue of NRS 40.495(4) was not raised in the plaintiff's initial motion for summary judgment (#28), but was raised by the defendants in their response (#34), and then addressed by the plaintiff in its reply (#39). Nonetheless, plaintiff is precluded from filing a separate motion for summary judgment outside of the dispositive motions deadline without leave from the court. Accordingly, the defendants' motion for summary judgment filed on November 12, 2013 is stricken without prejudice.

IT IS SO ORDERED.

DATED: This 18th day of November, 2013.

_____
UNITED STATES DISTRICT JUDGE